A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Mar 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Feb 22, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

FILED

MAR - 9 2010

CONDITIONAL TRANSFER ORDER (CTO-15)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 277 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: Ileana Brinkley
Deputy Clerk
Date 3/10/10

Page 1 of 2

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC 2 10-66 | Laura Hardwick v. Bayer Corp., et al. | 10-20143-DRH-PMF |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-5905 | Brittany Armand v. McKesson Corp., et al. | 10-20144-DRH-PMF |
| **COLORADO** | | |
| CO 1 10-148 | Ann Snell, et al. v. Bayer Corp., et al. | 10-20145-DRH-PMF |
| **GEORGIA SOUTHERN** | | |
| GAS 2 10-2 | Molly Fagan v. Bayer Corp., et al. | 10-20146-DRH-PMF |
| **ILLINOIS NORTHERN** | | |
| ILN 3 10-50024 | Allison Liska v. Bayer Corp., et al. | 10-20147-DRH-PMF |
| **INDIANA SOUTHERN** | | |
| INS 1 10-134 | Ashley Chrisman, et al. v. Bayer Corp., et al. | 10-20148-DRH-PMF |
| **KENTUCKY WESTERN** | | |
| KYW 3 10-42 | Donna Hulsman v. Bayer Corp., et al. | 10-20149-DRH-PMF |
| KYW 3 10-60 | Erin Jarrett v. Bayer Corp., et al. | 10-20150-DRH-PMF |
| **MINNESOTA** | | |
| MN 0 10-233 | Katherine Arens v. Bayer Corp., et al. | 10-20151-DRH-PMF |
| MN 0 10-235 | Crystal Tharp v. Bayer Corp., et al. | 10-20152-DRH-PMF |
| MN 0 10-245 | Kimberly Gott v. Bayer Corp., et al. | 10-20153-DRH-PMF |
| **MISSOURI WESTERN** | | |
| MOW 4 10-84 | Kristen Bell v. Bayer Corp., et al. | 10-20154-DRH-PMF |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1 10-67 | Faye Rudd v. Bayer Corp., et al. | 10-20155-DRH-PMF |
| **NEW JERSEY** | | |
| NJ 2 10-331 | Amy Hawkins, et al. v. Bayer Corp., et al. | 10-20156-DRH-PMF |
| NJ 2 10-332 | Tiffany Horn, et al. v. Bayer Corp., et al. | 10-20157-DRH-PMF |
| NJ 2 10-333 | Brawley, et al. v. Bayer Corp., et al. | 10-20158-DRH-PMF |

**MDL No. 2100 - Schedule (CTO-15) Tag - Along Actions (Continued)**

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **TENNESSEE EASTERN** | | |
| TNE 1 10-15 | Stephanie R. Chandler v. Bayer Corp., et al. | 10-20159-DRH-PMF |
| **TENNESSEE WESTERN** | | |
| TNW 2 10-2060 | Gwen Smith v. Bayer Corp., et al. | 10-20160-DRH-PMF |
| TNW 2 10-2061 | Alexis Hudson v. Bayer Corp., et al. | 10-20161-DRH-PMF |
| TNW 2 10-2062 | Carla Lucas v. Bayer Corp., et al. | 10-20162-DRH-PMF |
| TNW 2 10-2063 | Asia King v. Bayer Corp., et al. | 10-20163-DRH-PMF |
| **UTAH** | | |
| UT 1 10-5 | Savannah Cook, et al. v. Bayer Corp., et al. | 10-20164-DRH-PMF |
| UT 1 10-10 | Whitney Kaufman v. Bayer Corp., et al. | 10-20165-DRH-PMF |
| UT 2 10-68 | Julie Newbold v. Bayer Corp., et al. | 10-20166-DRH-PMF |
| UT 2 10-69 | Stacia Jackson, et al. v. Bayer Corp., et al. | 10-20167-DRH-PMF |